## First Department, November, 1937.
### (November 5, 1937.)

In the Matter of the Application of Otto Grunewald, Appellant, for a Mandamus Order against James E. Finegan and Others, Constituting the Municipal Civil Service Commission of the City of New York, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

Bernard M. Douglas and Another, etc., Respondents, v. William Faehndrich, Inc., and Others, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

Bernard M. Douglas and Another, etc., Respondents, v. William Faehndrich, Inc., and Others, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

Abraham Werbelovsky, Respondent, v. Samuel Strausberg and Others, Appellants, Impleaded with Others.— Order unanimously modified by granting the motion to the extent of requiring the plaintiff to separately state and number his individual cause of action against Popular Theatres, Inc., set forth in paragraph 48 of the complaint and subdivision 5 of the prayer for relief, and as so modified affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

Abraham Werbelovsky, Respondent, v. Bagdad Traders, Inc., Appellant, Impleaded with Others.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant-appellant to answer within twenty days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

Abraham Werbelovsky, Respondent, v. George Goldberg, Appellant, Impleaded with Others.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant-appellant to answer within twenty days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

Sterling National Bank & Trust Company of New York, Committee of the Estate of Michael J. O'Neil, an Incompetent Person, Respondent, v. The Brooklyn Savings Bank, Appellant, Impleaded with Others.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

In the Matter of the Application of Herman Straub, Respondent, against Smith-Gray Corporation and Others, Appellants.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion denied. No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

E. Ernest Nitschke and Others, Appellants, v. Florence G. Mullins, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the plaintiffs to serve an amended complaint, within